# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

November 14, 2007


Hon. RICHARD A. POSNER, Circuit Judge

Hon. JOEL M. FLAUM, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge


| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Appellee,<br><br>No. 06-2381　　　v.<br><br>DAVID H. ENGLAND,<br>　　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Western Division.<br>]<br>] No. 04 CR 50068<br>]<br>] Philip G. Reinhard,<br>]　　Judge. |


O R D E R

The opinion issued in the above-entitled case on November 7, 2007, is hereby amended as follows:

In the last paragraph on page 14 of the opinion, the sentence beginning "The issue on appeal is straightforward" should now read as:

> The issue on appeal is straightforward: England threatened to kill his **brother-in-law** yet the Sentencing Guidelines point to a sentence for attempted murder.